DirecTV
16 DNC

---

PS Email 8/26/19

[5prtm calls barred by SoL]

6/12/19 1003a CID 800-486-5000.  Live call from John with Direct TV offering me a discount on my bill.  He set up an appointment to come to my house and said they would call back to confirm.
6/12/19 1003a CID 800-487-5000.  John calling back to confirm my phone number.
6/3/19 1130a CID 310-695-1807.  Missed call
6/13/19 950a CID 310-695-1807.  Bernice with Direct TV pitching TV service for my business.  The call was dropped.
6/13/19 1054a 800-654-5000 .Missed call
6/13/19 1055a 800-654-5000  John with Direct TV pitching cheaper TV service.  I hung up.
6/18/19 1021a  CID 855-660-8920
6/18/19 144p   CID 855-660-8920
6/18/19 223p   CID 855-660-8920   Mike with Direct TV pitching TV service.  I hung up.
6/19/19 823a CID 855-660-8920.  Missed call
6/19/19 1113a  CID 855-660-8920  Missed call
6/19/19 1142a  CID 855-660-8920  Missed call
7/1/19 1257p  CID 310-444-9681  .  Alex Smith with Direct TV pitching TV service.  I hung up.
7/1/19 155p CID 310-444-8526 Jeff with Direct TV.  I hung up.
7/6/19 918a CID 310-444-8139 Sam with ATT Direct TV with Direct TV.  I hung up.
7/19/19 1107a CID 310-444-8291.  Missed call