UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.: 8:22-cv-01600-FWS-JDE             Date: March 13, 2023
Title: Paul Sapan v. Directv, LLC *et al.*

Present: **HONORABLE FRED W. SLAUGHTER, UNITED STATES DISTRICT JUDGE**

| Melissa H. Kunig | N/A |
|---|---|
| Deputy Clerk | Court Reporter |
| Attorneys Present for Plaintiff: | Attorneys Present for Defendant: |
| Not Present | Not Present |

**Proceedings: (IN CHAMBERS) ORDER VACATING AS MOOT DEFENDANT'S MOTION TO EXTEND FEDERAL RULE OF CIVIL PROCEDURE 26(F) DEADLINES [32]**

     Before the court is Defendant Directv, LLC's ("Defendant") Motion to Extend Federal Rule of Civil Procedure 26(f) deadlines ("Motion" or "Mot."). (Dkt. 32.) Defendant states that the Motion is unopposed. (*Id*.) Defendant requests that the court stay the deadline for the parties' obligations under Federal Rule of Civil Procedure 26(f) until Defendant's pending Motion to Compel Arbitration (Dkt. 28) is resolved by the court. (*Id*.) On March 9, 2023, the parties filed a Joint Rule 26(f) Report. (Dkt. 34.) On March 10, 2023, the court issued a Scheduling Order. (Dkt. 35.)

     The court finds that the Motion, which requested a stay of the deadline to file a Rule 26(f) report, has been mooted by the filing of the parties' Joint Rule 26(f) Report. Accordingly, the court **VACATES AS MOOT** the Motion at Docket No. 32.

     **IT IS SO ORDERED**.

Initials of Deputy Clerk: mku